**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
WARREN B. RUDMAN U.S. COURTHOUSE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**
James R. Starr
Clerk of Court

Telephone
603-225-1423

April 3, 2007

David A. DiMarzio, Clerk
U.S. District Court
One Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903

Re: NH Case No.: Case No. 06-cr-112-01-SM, United States v. Jeffrey Phillips
Your Case No.: 07-042-01ML

The above case has been transferred to your jurisdiction pursuant to a Transfer of Jurisdiction.

We enclose the following items:

certified copy of the docket sheet
certified copies of file documents (Indictment and Judgment)

There is an outstanding special assessment. A copy of the ledger is enclosed.

Please acknowledge receipt on the copy of this letter provided and return in the reply envelope enclosed.

Very truly yours,

James R. Starr, Clerk

/s/ Judith Barrett

By:
Judith Barrett
Deputy Clerk

Enclosures

cc: U.S. Probation - NH
U.S. Attorney - NH
Financial Administrator - NH