CLOSED, PRIOR

# U.S. District Court
# District of New Hampshire (Concord)
# CRIMINAL DOCKET FOR CASE #: 1:06-cr-00112-SM-ALL

Case title: USA v. Phillips
Magistrate judge case number: 1:06-mj-00054-JM

Date Filed: 06/14/2006

---

Assigned to: Chief Judge Steven J. McAuliffe

**Defendant**

**Jeffrey C. Phillips** (1)
*TERMINATED: 02/02/2007*

represented by **Jeffrey S. Levin**
Federal Defender's Office
The Ralph Pill Building
22 Bridge St
Concord, NH 03301
(603) 226-7360
Email: jeff_levin@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

18 USC 876(c) Mailing a Threatening Communication
(1)

**Disposition**

Defendant to be imprisoned for a total term of Time Served; three years Supervised Release with standard and special conditions; Special Assessment of $100; Fine waived.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:876(c) KNOWINGLY DEPOSIT OR CAUSES TO BE DEPOSITED IN ANY POST OFFICE OR AUTHORIZED DEPOSITORY FOR MAIL MATTER A COMMUNICATION ADDRESSED TO ANY OTHER PERSON CONTAINING A THREAT TO INJURE A THIRD PERSON

**Disposition**

CERTIFIED TO BE A TRUE COPY
JAMES R. STARR, CLERK
BY: Judith A. Barrett
DEPUTY CLERK
4-3-07

**Plaintiff**

**USA** represented by **Robert M. Kinsella**
US Attorney's Office (NH)
53 Pleasant St, 4th Flr
Concord, NH 03301-0001
603 225-1552
Email: robert.kinsella@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/01/2006 | 2 | COMPLAINT signed by Magistrate Judge James R. Muirhead as to Jeffrey C. Phillips (1). (Attachments:, # 1 Affidavit of William J. Kent II, # 2 Attachments to Affidavit) *Original document available in clerks office.* (jgb, ) [1:06-mj-00054-JM] (Entered: 06/02/2006) |
| 06/01/2006 | 3 | Praecipe for Warrant by USA as to Jeffrey C. Phillips. (jgb, ) [1:06-mj-00054-JM] (Entered: 06/02/2006) |
| 06/01/2006 | | Arrest Warrant Issued as to Jeffrey C. Phillips by Judge James R. Muirhead. Original warrant and copies to US Marshal and US Probation. (jgb, ) [1:06-mj-00054-JM] (Entered: 06/02/2006) |
| 06/02/2006 | 1 | Petition for Writ of Habeas Corpus ad Prosequendum as to Jeffrey C. Phillips for June 5, 2006 at 2:00 pm. (Kinsella, Robert) [1:06-mj-00054-JM] (Entered: 06/02/2006) |
| 06/02/2006 | | Writ of Habeas Corpus ad Prosequendum Issued as to Jeffrey C. Phillips for 6/5/06 2:00 PM (jgb, ) [1:06-mj-00054-JM] (Entered: 06/02/2006) |
| 06/02/2006 | | NOTICE OF HEARING as to Jeffrey C. Phillips: Initial Appearance set for 6/5/2006 02:00 PM before Magistrate Judge James R. Muirhead. (jgb, ) [1:06-mj-00054-JM] (Entered: 06/02/2006) |
| 06/02/2006 | 4 | Petition for Writ of Habeas Corpus ad Prosequendum as to Jeffrey C. Phillips for June 5, 2006 at 2:00 pm. *for Initial Appearance* (Kinsella, Robert) [1:06-mj-00054-JM] (Entered: 06/02/2006) |
| 06/05/2006 | 5 | **ORDER APPOINTING FEDERAL DEFENDER as to Jeffrey C. Phillips. Jeffrey S. Levin for Jeffrey C. Phillips appointed. Signed by Clerk James R. Starr.jgb, )** [1:06-mj-00054-JM] (Entered: 06/06/2006) |
| 06/05/2006 | | Minute Entry for proceedings held before Judge James R. Muirhead :INITIAL APPEARANCE as to Jeffrey C. Phillips held on 6/5/2006. Defendant sworn and advised of rights & charges. Court approves financial affidavit. Defendant waived preliminary exam. Defendant detained, order to issue, pending evaluation. Evidence introduced. If assets become unencumbered USA can move for reimbursement order at CJA rates. (Tape #2:14) (Govt Atty: Robert Kinsella) (Defts Atty: Jeffrey Levin) (USP: Daniel Gildea)(Total Hearing Time: :46) (jgb, ) [1 06-mj-00054-JM] (Entered: 06/06/2006) |
| 06/05/2006 | | NOTICE OF HEARING as to Jeffrey C. Phillips: Show Cause Hearing re: Indictment and compliance with 18:3161(b) is set for 7/5/2006 09:00 AM before Magistrate Judge James R. Muirhead. HEARING WILL NOT BE NECESSARY IF MOTION TO |

| | | |
|---|---|---|
| | | EXTEND GRANTED OR INDICTMENT RETURNED PRIOR TO HEARING DATE. (jgb, ) [1:06-mj-00054-JM] (Entered: 06/06/2006) |
| 06/05/2006 | 6 | WAIVER of Preliminary Examination or Hearing by Jeffrey C. Phillips. (jgb, ) [1:06-mj-00054-JM] (Entered: 06/06/2006) |
| 06/05/2006 | 7 | MOTION to Appoint Counsel with Financial Declaration. by Jeffrey C. Phillips. *Original document available in clerks office.*(jgb, ) [1:06-mj-00054-JM] (Entered: 06/06/2006) |
| 06/05/2006 | | **ENDORSED ORDER approving 7 Motion to Appoint Counsel as to Jeffrey C. Phillips (1). *Text of Order: Request Approved. Appoint Counsel.* So Ordered by Judge James R. Muirhead. (jgb, )** [1:06-mj-00054-JM] (Entered: 06/06/2006) |
| 06/05/2006 | 8 | **ORDER OF DETENTION as to Jeffrey C. Phillips. Further hearing to be held in two weeks. So Ordered by Judge James R. Muirhead. (jgb, )** [1:06-mj-00054-JM] (Entered: 06/06/2006) |
| 06/06/2006 | 9 | MOTION to Clarify 8 Order of Detention by Jeffrey C. Phillips. Follow up on Objection on 6/26/2006 (Levin, Jeffrey) [1:06-mj-00054-JM] (Entered: 06/06/2006) |
| 06/06/2006 | 10 | Arrest Warrant Returned Executed on 6/5/06 as to Jeffrey C. Phillips. (jgb, ) [1:06-mj-00054-JM] (Entered: 06/12/2006) |
| 06/14/2006 | 11 | **ORDER granting 9 Motion to Clarify 9 Motion to Clarify as to Jeffrey C. Phillips (1). So Ordered by Judge James R. Muirhead. (jgb, )** [1:06-mj-00054-JM] (Entered: 06/14/2006) |
| 06/14/2006 | 12 | INDICTMENT as to Jeffrey C. Phillips (1) count 1. *Original document available in clerks office.*(cms, ) (Entered: 06/16/2006) |
| 06/14/2006 | 13 | Praecipe for Warrant by USA as to Jeffrey C. Phillips. (cms, ) (Entered: 06/16/2006) |
| 06/14/2006 | | Arrest Warrant Issued as to Jeffrey C. Phillips. Original warrant and copies to US Marshal and US Probation. (cms, ) (Entered: 06/16/2006) |
| 06/20/2006 | 14 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Jeffrey C. Phillips. (jab, ) (Entered: 06/22/2006) |
| 06/22/2006 | | TRIAL NOTICE: Jury Selection/Trial set for two week period beginning 8/1/2006 09:30 AM before Chief Judge Steven J. McAuliffe. Final Pretrial Conference set for 7/26/2006 04:30 PM before Chief Judge Steven J. McAuliffe. (jab, ) (Entered: 06/22/2006) |
| 06/29/2006 | 15 | Arrest Warrant Returned Unexecuted as to Jeffrey C. Phillips - defendant filed a waiver Personal Appearance at Arraignment and Entry of Plea of Not Guilty (see doc. no. 14) (jab, ) (Entered: 07/01/2006) |
| 07/13/2006 | 16 | Assented to MOTION to Continue Trial for 90 days (Waiver of Speedy Trial to be filed conventionally) by Jeffrey C. Phillips. Miscellaneous Deadline set for 7/24/2006. (Levin, Jeffrey) (Entered: 07/13/2006) |
| 07/13/2006 | 17 | WAIVER of Speedy Trial by Jeffrey C. Phillips. (jar, ) (Entered: 07/14/2006) |
| 07/17/2006 | 18 | **ORDER granting 16 Motion to Continue Trial in the interest of justice as to Jeffrey C. Phillips (1). So Ordered by Judge Steven J. McAuliffe. Final Pretrial Conference set for 10/26/2006 11:30 AM before Chief Judge Steven J. McAuliffe. Jury Selection/Trial set for two week period beginning 11/7/2006 09:30 AM before Chief Judge Steven J. McAuliffe. (jab, )** (Entered: 07/17/2006) |

| | | |
|---|---|---|
| 07/31/2006 | 19 | Assented to MOTION for Bail *Hearing* by Jeffrey C. Phillips. (Levin, Jeffrey) (Entered: 07/31/2006) |
| 07/31/2006 | | **ENDORSED ORDER granting 19 Motion for Bail Hearing as to Jeffrey C. Phillips (1).** ***Text of Order: Granted. Set a time consistent with jury schedule and counsel's schedule.*** **So Ordered by Judge James R. Muirhead. (jab, )** (Entered: 08/01/2006) |
| 08/01/2006 | | NOTICE OF HEARING as to Jeffrey C. Phillips: Bail Hearing set for 8/7/2006 08:45 AM before Magistrate Judge James R. Muirhead. (jgb, ) (Entered: 08/01/2006) |
| 08/07/2006 | | Minute Entry for proceedings held before Judge James R. Muirhead :BAIL HEARING as to Jeffrey C. Phillips held on 8/7/2006. Defendant moved for release; Government objected. Court released defendant on conditions. (Govt Atty: Aixa Maldonado Quinones) (Defts Atty: Jeffrey Levin) (USP: Jodi Lines)(Total Hearing Time: 25 minutes) (dae, ) (Entered: 08/07/2006) |
| 08/07/2006 | 20 | **ORDER Setting Conditions of Release as to Jeffrey C. Phillips. So Ordered by Judge James R. Muirhead. (jab, )** (Entered: 08/07/2006) |
| 08/07/2006 | 21 | EXHIBIT LIST by Jeffrey C. Phillips. (jab, ) (Entered: 08/07/2006) |
| 08/07/2006 | | Receipt of the Exhibits listed on 21 Exhibit List filed by Jeffrey C. Phillips, are hereby acknowledged. (jab, ) (Entered: 08/07/2006) |
| 10/10/2006 | | NOTICE OF HEARING as to Jeffrey C. Phillips: Change of Plea Hearing set for 10/26/2006 11:30 AM before Chief Judge Steven J. McAuliffe. *The court has allocated 1 hour for the hearing. Please contact the court immediately if you anticipate the hearing will exceed the allotted time. (jab, ) (Entered: 10/10/2006)* |
| 10/12/2006 | | RESCHEDULING NOTICE OF HEARING as to Jeffrey C. Phillips: Change of Plea Hearing reset for 10/31/2006 01:30 PM before Chief Judge Steven J. McAuliffe. *The court has allocated 1 hour for the hearing. Please contact the court immediately if you anticipate the hearing will exceed the allotted time. (jab, ) (Entered: 10/12/2006)* |
| 10/31/2006 | 22 | ACKNOWLEDGMENT AND WAIVER OF RIGHTS re: Guilty Plea by Jeffrey C. Phillips. (jab, ) (Entered: 10/31/2006) |
| 10/31/2006 | | Minute Entry for proceedings held before Judge Steven J. McAuliffe :CHANGE OF PLEA HEARING held on 10/31/2006 as to Jeffrey C. Phillips (1) Guilty Count 1. Court accepts plea. Defendant continues to be released on conditions previously set pending sentencing. (Court Reporter: Susan Bateman) (Govt Atty: Robert Kinsella) (Defts Atty: Jeffrey Levin) (USP: Bryce Turgeon)(Total Hearing Time: 22 minutes) (jab, ) (Entered: 10/31/2006) |
| 10/31/2006 | | NOTICE OF HEARING as to Jeffrey C. Phillips: Sentencing set for 2/1/2007 02:30 PM before Chief Judge Steven J. McAuliffe. *The court has allocated 1 hour for the hearing. Please contact the court immediately if you anticipate the hearing will exceed the allotted time. (jab, ) (Entered: 10/31/2006)* |
| 11/07/2006 | 23 | Assented to MOTION to Modify Conditions of Release by Jeffrey C. Phillips. (Levin, Jeffrey) (Entered: 11/07/2006) |
| 11/07/2006 | | **ENDORSED ORDER granting 23 Motion to Modify Conditions of Release as to Jeffrey C. Phillips (1).** ***Text of Order: Granted.*** **So Ordered by Judge James R. Muirhead. (jab, )** (Entered: 11/07/2006) |
| 01/28/2007 | 24 | SENTENCING MEMORANDUM *and Motion for Downwar Departure and/or Booker Variance* by Jeffrey C. Phillips. (Attachments:, # 1 Exhibit A: Letter from Susan |

| | | |
|---|---|---|
| | | Phillips, # 2 Exhibit B: Letter from Kaila Phillips, # 3 Exhibit C: Letter from Richard Phillips, # 4 Exhibit D: Letter from Rev. James Smith, # 5 Exhibit E: Letter from John and Cynthia DiPilato, # 6 Exhibit F: Letter from Mr. Kim Hewson, # 7 Exhibit G: Letter from Gordon and Jennifer Hay, # 8 Exhibit H: Letter from Robert Rondeau)(Levin, Jeffrey) (Entered: 01/28/2007) |
| 02/02/2007 | | Minute Entry for proceedings held before Judge Steven J. McAuliffe : SENTENCING held on 2/2/2007 for Jeffrey C. Phillips (1) Sentenced on Count 1. (Court Reporter: Susan Bateman) (Govt Atty: Don Feith) (Defts Atty: Jeffrey Levin) (USP: Cathy Battistelli)(Total Hearing Time: 1 hr 03 min) (jab, ) (Entered: 02/02/2007) |
| 02/02/2007 | 25 | **JUDGMENT as to Jeffrey C. Phillips (1), Count(s) 1: Defendant to be imprisoned for a total term of Time Served; three years Supervised Release with standard and special conditions; Special Assessment of $100; Fine waived. So Ordered by Judge Steven J. McAuliffe. (jab, )** (Entered: 02/02/2007) |