U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2006 JUN 14 P 1:26

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**UNITED STATES OF AMERICA**

v.

**JEFFREY C. PHILLIPS**

**Cr. No.** 06-112-01-SM

**Violation:** 18 U.S.C. §876(c)
Mailing a Threatening Communication

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT ONE
## 18 U.S.C. §876(c)
## (Mailing a Threatening Communication)

On or about April 5, 2006 in the District of New Hampshire and elsewhere, the defendant,

**JEFFREY C. PHILLIPS,**

knowingly deposited and caused to be deposited in an authorized mail depository for mail matter, to be delivered by the United States Postal Service, according to the directions thereon, a communication addressed to the Plaistow Police Department, which contained a threat to injure another person, in violation of Title 18, United States Code, Section 876(c).

CERTIFIED TO BE A TRUE COPY
JAMES R. STARR, CLERK
BY: Judith A. Barrett
DEPUTY CLERK
4-3-07

12

DATED: June 14, 2006

A TRUE BILL

Foreperson of the Grand Jury

THOMAS P. COLANTUONO
United States Attorney

By:

Robert M. Kinsella
Assistant United States Attorney